# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| ROBERT WHITE | * | CIVIL ACTION NO. 17-1022 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| RICKY SLAUGHTER, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Defendants' Rule 12(b)(6) Motion to Dismiss of Defendants, Ricky Slaughter and Tony Anderson [Doc. No. 6] and Plaintiff's Motion for Order of Remand [Doc. No. 12] are hereby DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Ricky Slaughter and Tony Anderson are DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 19th day of December, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE